IN THE DISTRICT COURT OF PUSHMATAHA COUNTY
STATE OF OKLAHOMA

SCOTTY J. FULLER,

        Plaintiffs,

        Case No. CJ-19- 37

vs.

BLUE CROSS BLUE SHIELD OF OKLAHOMA,
a division of HEALTHCARE SERVICE
CORPORATION and HEALTH CARE
SERVICE CORPORATION, Operating in
Oklahoma as Blue Cross and Blue Shield
of Oklahoma,

        Defendants.

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:  BlueCross BlueShield of Oklahoma,
a division of Healthcare Service Corporation

    YOU have been sued by the above named petitioners, and you are directed to file a written answer to the attached amended petition in the court at the above address within (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the petitioner.

    Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

    ISSUED this 19 day of Sept, 2019.

_____, Court Clerk

By: _____ Deputy

PLEASE RETURN SUMMONS TO:
Tim Maxcey
Stipe Law Firm
P.O. Box 1369
McAlester, OK 74502

    YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR ANY ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

    THIS SUMMONS WAS SERVED ON _____
                                      (Date of Mailing)

                             _____
                             (Signature of person serving summons)



EXHIBIT 3



IN THE DISTRICT COURT OF PUSHMATAHA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| SCOTTY J. FULLER, | } |
| Plaintiffs, | } |
| | } Case No. CJ-19- 37 |
| vs. | } |
| BLUE CROSS BLUE SHIELD OF OKLAHOMA, a division of HEALTHCARE SERVICE CORPORATION and HEALTH CARE SERVICE CORPORATION, Operating in Oklahoma as Blue Cross and Blue Shield of Oklahoma, | } |
| Defendants. | } |

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:   Health Care Service Corporation, operating in Oklahoma as Blue Cross and Blue Shield of Oklahoma

YOU have been sued by the above named petitioners, and you are directed to file a written answer to the attached amended petition in the court at the above address within (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the petitioner.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this 19 day of Sept, 2019.

_____, Court Clerk

By: _____
       Deputy

PLEASE RETURN SUMMONS TO:
Tim Maxcey
Stipe Law Firm
P.O. Box 1369
McAlester, OK 74502

YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR ANY ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

THIS SUMMONS WAS SERVED ON _____
                                                  (Date of Mailing)

_____
(Signature of person serving summons)