
*1051991283*

IN THE DISTRICT COURT
Pushmataha County, Okla.

F I L E D

MAR 16 2022

TINA FREEMAN, Court Clerk
By_____
                        Deputy

TO:

TIM MAXCEY
STIPE HARPER LAW FIRM P.O. BOX 1369
MCALESTER, OK 74501

## IN THE DISTRICT COURT OF PUSHMATAHA COUNTY
## STATE OF OKLAHOMA

SCOTTY J FULLER,
Plaintiff,
vs.
BLU CROSS BLUE SHIELD OF OKLAHOMA,
Defendant.

Case #: CJ-2019-37

Judge: Michael D. DeBerry

### NOTICE OF DISPOSITION DOCKET

Pursuant to 12 Oklahoma Statutes Section 1083, **NOTICE IS HEREBY GIVEN** that the above case is scheduled for disposition for failure to prosecute on the above Judge's disposition docket to be held on **April 7, 2022 at 9:30 AM** in **Courtroom 1.**

**THIS CASE WILL BE DISMISSED WITHOUT PREJUDICE** by the Court unless counsel appears and shows good cause why the case should be allowed to remain on the docket.

_March 16_
Dated

_____
Judge of the District Court

CERTIFICATE OF MAILING

I hereby certify that on _March 16_, 20 _22_, I mailed a true and correct copy of this Notice to the following persons, and filed a true and correct copy in this case.
To: TIM MAXCEY, Stipe Harper Law Firm P.O. Box 1369, Mcalester, OK 74501.

_____
Deputy Court Clerk

EXHIBIT
4

2/18/2022