

IN THE DISTRICT COURT OF PUSHMATAHA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| SCOTTY J. FULLER,<br><br>   Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF OKLAHOMA, a division of HEALTHCARE SERVICE CORPORATION and HEALTH CARE SERVICE CORPORATION, Operating in Oklahoma as Blue Cross and Blue Shield of Oklahoma,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. CJ-19-37<br>)<br>)   JUDGE DEBERRY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DISTRICT COURT
Pushmataha County, Okla.
F I L E D
MAR 2 2 2022
TINA FREEMAN, Court Clerk
By_____
                    Deputy**

## SPECIAL ENTRY OF APPEARANCE AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PETITION

Defendant, Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Oklahoma ("BCBSOK"), through counsel Paige A. Masters of the law firm of Crowe & Dunlevy, appears specially without waiver of any procedural rights, objections, or defenses, and only for the purpose of seeking additional time to respond to Plaintiff's Petition. BCBSOK moves the Court for an order extending its time to respond to the Petition by ten (10) days, or until April 7, 2022. In support of this unopposed Motion, BCBSOK states as follows:

1.   BCBSOK was served with the Petition on March 8, 2022. Without the requested extension, BCBSOK's response to the Petition would be due on March 28, 2022.

2.   Counsel for BCBSOK was recently retained and needs time to analyze the facts and causes of action asserted in the litigation.

3.   BCBSOK has neither requested nor been granted a previous extension of time to respond to the Petition, and there are no scheduled deadlines that would be adversely affected by the granting of the requested extension.

EXHIBIT 5

4. Counsel for BCBSOK has conferred with counsel for Plaintiff and is authorized to state that Plaintiff does not object to the requested extension.

5. BCBSOK is not making a general appearance in this case, and this Motion is not a "reservation of time" under 12 O.S. § 2012(A)(1)(b). BCBSOK reserves all objections, including objections to personal jurisdiction, venue, insufficiency of process, insufficiency of service of process, failure to state a claim, and lack of capacity to sue. In addition, BCBSOK reserves its right to remove the case to federal court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because the parties are citizens of different States and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

WHEREFORE, BCBSOK respectfully requests that its deadline to respond to Plaintiff's Petition be extended until April 7, 2022. A proposed form of order is submitted herewith.

Respectfully submitted,

*/s/ Paige A. Masters*
Paige A. Masters, OBA #31142

–Of the Firm–

**CROWE & DUNLEVY**
A Professional Corporation
Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
paige.masters@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT BLUE CROSS AND BLUE SHIELD OF OKLAHOMA**

2

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 21st day of March, 2022, a true and correct copy of the above and foregoing document was mailed by first class mail, postage prepaid to:

Tim Maxcey
**STIPE LAW FIRM**
P.O. Box 1369
McAlester, OK 74502

**ATTORNEY FOR PLAINTIFF**

_____
Paige A. Masters

4934679