

IN THE DISTRICT COURT OF PUSHMATAHA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| SCOTTY J. FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CJ-19-37 |
| BLUE CROSS BLUE SHIELD OF OKLAHOMA, a division of HEALTHCARE SERVICE CORPORATION and HEALTH CARE SERVICE CORPORATION, Operating in Oklahoma as Blue Cross and Blue Shield of Oklahoma, | ) ) ) ) ) ) ) | JUDGE DEBERRY |
| | ) | |
| Defendants. | ) | |

IN THE DISTRICT COURT
Pushmataha County, Okla.
F I L E D
MAR 28 2022
TINA FREEMAN, Court Clerk
By_____
Deputy

## ORDER

Before the Court is the Unopposed Motion of Defendant, Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Oklahoma ("BCBSOK"), for Extension of Time to Respond to Plaintiff's Petition. Upon review, noting that Plaintiff has no objection, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that BCBSOK has until April 7, 2022 to answer or otherwise respond to Plaintiff's Petition.

IT IS SO ORDERED this 23nd day of March, 2022.

_____
JUDGE OF THE DISTRICT COURT

PREPARED BY:

_____
Paige Masters, OBA #31142

–Of the Firm–

**CROWE & DUNLEVY**

EXHIBIT 6

A Professional Corporation
Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
paige.masters@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT BLUE CROSS AND BLUE SHIELD OF OKLAHOMA**