IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTTY J. FULLER,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF OKLAHOMA, a division of HEALTHCARE SERVICE CORPORATION, and HEALTHCARE SERVICE CORPORATION, operating in Oklahoma as Blue Cross and Blue Shield of Oklahoma,<br><br>    Defendants. | Case No. 22-cv-106-JWB |

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**IT IS FURTHER ORDERED** that the clerk forthwith serve copies of this judgment upon the attorneys for the parties appearing in this action.

**IT IS FURTHER ORDERED** that parties are directed to submit closing papers no later than **July 22, 2024,** or the case will be deemed dismissed with prejudice in its entirety.

**DATED** this 21st day of June, 2024.

                   s/ John W. Broomes
                   JOHN W. BROOMES
                   UNITED STATES DISTRICT JUDGE